UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. EDCR 18-00008-JGB |
| Plaintiff(s), | JUDGMENT AND COMMITMENT ORDER FOLLOWING REVOCATION OF SUPERVISED RELEASE |
| v. | |
| JOBE HATFIELD GEUJEN, | |
| Defendant(s). | |

    This matter arises from a judgment issued by the District of Arizona. Pursuant to 18 U.S.C. § 3605, jurisdiction of the supervised releasee was transferred to the Central District of California on January 17, 2018.

    On January 27, 2020, the matter came on for hearing on the Petition for Revocation of Supervised Release, filed on February 8, 2019 in the Central District of California. Deputy Federal Public Defender Young Kim appeared on behalf of the Defendant. Assistant United States Attorney Tritia Yuen appeared for the Government. U.S. Probation Officer Ferreol Vidana was also present. Defendant was informed of the Allegation as set forth in the Petition. Defendant acknowledged

receiving a copy of the Petition and admitted the Allegation as alleged in the Petition.

IT IS THE JUDGMENT OF THE COURT, that Supervised Release is hereby revoked. **Defendant Jobe Hatfield Geujen is hereby committed to the custody of the Bureau of Prisons for a term of FOUR (4) MONTHS**, with no supervision to follow.

The Defendant is informed of his right to appeal.

The Court recommends that the Defendant be designated at one of the following Bureau of Prison facilities: 1) FCI, Tucson; 2) FCI, Phoenix; 3) FCI, Victorville.

Dated: February 18, 2020

HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE

CLERK, U. S. DISTRICT COURT

By: _____
Maynor Galvez, Courtroom Deputy

2